1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL
2  CORPORATION
   427 Grand Avenue
3  Oakland, CA 94610
   Telephone: (510) 893-6682
4  sjc5143@aol.com

5  Attorneys for Plaintiff
   RICHARD SKAFF
6

7  THEODORE l. WHITE (Pro Hac Vice Granted)
   DEUTSCH, KERRIGAN & STILES
   755 Magazine St.
8  New Orleans, LA 70130
   Telephone: (504) 581-5141
9  Facsimile: (504)566-4004
   twhite@dkslaw.com
10

11 ANNE D. O'NIELL, SBN 120948
   CHRISTINA A. LEE, SBN 257905
   HINSHAW & CULBERTON LLP
12 One California Street, 18th Floor
   San Francisco, Ca 94111
13 Telephone: (415) 362-2000
   Facsimile: (415) 834-9070
14 aoniell@hinshawlaw.com
   clee@hinshawlaw.com
15
   Attorneys for Defendants
16 RITZ -CARLTON HOTEL
   COMPANY, LLC, SHC HALF
17 MOON BAY, LLC and DTRS
   HALFMOON BAY, LLC
18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20

21 RICHARD SKAFF                    CASE NO. C 10 01115 CRB
                                    Civil Rights
22        Plaintiff,
                                    **STIPULATION AND [PROPOSED]**
23    vs.                           **ORDER TO PERMIT PLAINTIFF**
                                    **TO FILE A FIRST AMENDED**
24 RITZ -CARLTON HOTEL              **COMPLAINT**
   COMPANY, LLC; SHC HALF
25 MOON BAY, LLC; DTRS HALFMOON     Federal Rule Of Civil Procedure 15(a)(2)
   BAY, LLC; and DOES 1-25, Inclusive,
26
          Defendants.
27 _____/

28
   Stipulation and [Proposed ]Order to Permit
   Plaintiff To File a First Amended Complaint

**STIPULATION**

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff RICHARD SKAFF and defendants RITZ-CARLTON HOTEL COMPANY, LLC, SHC HALF MOON BAY, LLC, and DTRS HALF MOON BAY, LLC, by and through their counsel, consent and stipulate to the filing by Plaintiff of a First Amended Complaint to add MARRIOTT INTERNATIONAL, INC. as a party defendant in this action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Date: July 25, 2010

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By /s/ Sidney J. Cohen
Sidney J. Cohen
Attorney for Plaintiff

Date: July 23, 2010

HINSHAW & CULBERTSON LLP and
DEUTSCH, KERRIGAN & STILES

By /s/ Anne D. O'Niell
Anne D. O'Niell
Christina A. Lee
Attorneys for Defendants Ritz-Carlton Hotel Company, LLC, SHC Half Moon Bay, LLC, and DTRS Half Moon Bay, LLC

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: August 2, 2010

Charles R. Breyer
United States D...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a First Amended Complaint       -1-