1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL
2  CORPORATION
   427 Grand Avenue
3  Oakland, CA 94610
   Telephone: (510) 893-6682
4
   Attorneys for Plaintiff
5  Richard Skaff

6  Anne D. O'Niell (SBN 120948)
   Christina A. Lee (SBN 257905)
7  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
8  San Francisco, CA 94111
   Telephone:   (415) 362-6000
9  Facsimile:   (415) 834-9070

10 Theodore L. White (*Pro Hac Vice*)
   DEUTSCH, KERRIGAN & STILES
11 755 Magazine St.
   New Orleans, LA 70130
12 Telephone:    504-581-5141
13 Facsimile:    504-593-0604
   twhite@dkslaw.com
14
   Attorneys For Defendants Ritz-Carlton Hotel
15 Company, LLC, SHC Half Moon Bay, LLC,
   And DTRS Half Moon Bay, LLC
16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19
   RICHARD SKAFF,                          )  Case No. C 10 01115 CRB
20                                         )  <u>Civil Rights</u>
             Plaintiffs,                   )
21                                         )  STIPULATION AND [PROPOSED] ORDER
       vs.                                 )  FOR ENLARGEMENT OF TIME FOR
22                                         )  PARTIES TO CONTINUE TO MEET AND
   RITZ-CARLTON HOTEL                      )  CONFER AND FOR ENLARGEMENT OF
23 COMPANY, LLC; SHC HALF MOON BAY,        )  TIME FOR PLAINTIFF TO FILE NOTICE
   LLC; DTRS HALF                          )  OF NEED FOR MEDIATION
24 MOON BAY, LLC; and DOES 1-25, Inclusive,)
                                           )  GENERAL ORDER 56, ¶¶ 4, 6
25           Defendants.                   )  Local Rule 6 - 2
                                           )
26 _____

27

28
                                    1
   STIPULATION AND PROPOSED ORDER REGARDING ENLARGEMENT OF TIME
                                              Case No. C 10 01115 CRB

Plaintiff RICHARD SKAFF and defendants RITZ-CARLTON HOTEL COMPANY, LLC, SHC HALF MOON BAY, LLC, and DTRS HALF MOON BAY, LLC, by and through their counsel, enter into this stipulation regarding their mutual request for an enlargement of time to continue the meet and confer process they have commenced pursuant to the terms of General Order 56, Paragraph 4, and for an order enlarging the time for plaintiff to file a "Notice Of Need For Mediation," pursuant to General Order 56, Paragraph 6.

The parties have begun the meet and confer process with respect to the property at issue, the Ritz-Carlton Hotel at Half Moon Bay, California. Under the current guidelines set by General Order 56, the parties' meet and confer was to have been completed by August 20, 2010. The parties' meet and confer efforts to date have been cooperative, and they would like additional time to continue the process, with the goal of resolving most or all of the issues in dispute prior to any mediation allowed pursuant to the terms of General Order 56, Paragraph 6. Accordingly,

IT IS SO STIPULATED THAT:

The parties stipulate to a request for an order enlarging the time to complete their meet and confer process through October 29, 2010. They also stipulate to the request for an order enlarging the time for plaintiff to comply with the provisions of General Order 56, Paragraph 6, which require the plaintiff to file a "Notice Of Need For Mediation", so that any such notice would have to be filed by November 8, 2010. These enlargements of time will not alter any event or deadline other than those specified in General Order 56.

The parties further stipulate that this Stipulation may be signed in counterparts and that signatures transmitted by facsimile or by e-mail shall be as valid and binding as original signatures.

Dated: August 25, 2010            SIDNEY J. COHEN PROFESSIONAL
                                  CORPORATION


                                  By: /s/ Sidney J. Cohen
                                       Sidney J. Cohen
                                       Attorney For Plaintiff, Richard Skaff

Dated: August 25, 2010    HINSHAW & CULBERTSON LLP


By: /s/ Anne D. O'Niell
    Anne D. O'Niell

Dated:: August 25, 2010    DEUTSCH, KERRIGAN & STILES, LLP


By: /s/ Theodore L. White
    Theodore L. White (*Pro Hac Vice*)

Attorneys For Defendants Ritz-Carlton Hotel Company, LLC, SHC Half Moon Bay, LLC And DTRS Half Moon Bay, LLC

## DECLARATION OF ANNE D. O'NIELL

I, Anne D. O'Niell, declare:

1.  I am counsel for defendants in this action. I am an attorney in good standing and licensed to practice in the courts of the State of California, and in the federal courts of the State of California, including the United States District Court for the Northern District of California. If called upon to testify, I would testify as follows:

2.  Pursuant to General Order 56 and this Court's Scheduling Order, the parties were required to hold a joint site inspection by June 24, 2010 at the property and premises of the Ritz-Carlton Hotel in Half Moon Bay, California. The parties sought and were granted an Order enlarging the time for them to complete the joint site inspection to July 20, 2010 and enlarging the time for them to complete their meet and confer process to August 20, 2010. The parties were able to complete the joint site inspection by July 20, 2010, but, despite their good faith efforts, they were unable to complete the meet and confer process by the August 20, 2010 deadline specified in the Court's Order of June 30, 2010.

3.  As indicated in prior submissions to this court, the Ritz-Carlton Hotel has 261 guestrooms and numerous other facilities, as well as extensive exterior areas, many of which include

items listed on plaintiff's expert's list of alleged access barriers. To date, the parties' meeting and conference efforts have addressed all of the several hundred items listed on the plaintiff's expert's site inspection report, but the parties have not yet reached agreement or final positions on these items. While they have made progress, they will require additional time to discuss many of the items at issue.

4. Counsel and the parties have agreed to request an enlargement of time, to October 29, 2010, to complete their meet and confer process, in the hope of reaching mutual agreement regarding the accessibility issues alleged by the plaintiff, to avoid or limit the need for mediation.

5. Based on paragraphs 2 - 4 above, the parties need an enlargement of time through October 29, 2010 to complete the "meet and confer" session. They also request an enlargement of time until November 8, 2010 for plaintiff to file his Notice of Need For Mediation pursuant to General Order 56, Paragraph 6.

6. With the exception of extending the meet and confer and mediation notice deadlines, the extension does not effect court ordered deadlines.

7. A Stipulation to extend the time for Defendants to respond to the Complaint (Docket No. 4) and the parties' Stipulation for an Order For Enlargement Of Time To Complete The General Order 56 Joint Site Inspection And To Hold The General Order 56 "Meet And Confer" are the only previous modifications in the case by Stipulation or Court Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August 2010 at San Francisco, California.

*Anne O'Nielle*

### ORDER

Having considered the parties' Stipulation and the supporting Declaration, and for good cause shown, the Court enlarges the date by which the parties are to complete their meet and confer pursuant to the provisions of General Order 56, Paragraph 4 to October 29, 2010, and also enlarges

1  the date by which the plaintiff must file his Notice Of Need For Mediation pursuant to General
2  Order 56, Paragraph 6 to November 8, 2010.
3  IT IS SO ORDERED:
4  Dated: _____ August 26 , 2010

  _____
  Charles R. Breyer
  United States

  *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
  *[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

2996519v1  911380