ANNE D. O'NIELL, ESQ. (SBN 120948)
CHRISTINA A. LEE, ESQ. (SBN 257905)
HINSHAW & CULBERTSON LLP
One California Street, t1h8 Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimi1e: (415) 834-9070
aoniell@hinshawlaw.com
clee@hinshawlaw.com
Attorneys for Defendants
THE RITZ-CARLTON HOTEL COMPANY, LLC; MARRIOTT INTERNATIONAL, INC.; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC AND STRATEGIC HOTELS AND RESORTS, INC.

| | |
|---|---|
| THEODORE L. WHITE, ESQ. (Pro Hac Vice)<br>DEUTSCH, KERRIGAN & STILES, LLP<br>755 Magazine St.<br>New Orleans, LA 70130<br>Telephone: 504-581-5141<br>Facsimile: 504-593-0604<br>white@dkslaw.com | THIMESCH LAW OFFICES<br>TIMOTHY S. THIMESCH, ESQ. (No. 148213)<br>158 Hilltop Crescent<br>Walnut Creek, CA 94576-3452<br>Direct: (925) 588-0401<br>Facsimile: (888) 210-8868<br>tim@thimeschlaw.com |
| Attorneys For Defendants SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; and STRATEGIC HOTELS AND RESORTS, INC | Attorney for Related-Plaintiff MICHAEL PAULICK |

SIDNEY J. COHEN, ESQ. (No. 39023)
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610
Tel: (510) 893-6682
SJC5143@aol.com

Attorneys for Plaintiff RICHARD SKAFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RITZ-CARLTON HOTEL COMPANY, LLC;<br>et al.,<br><br>　　　　Defendants.　　　　　　　　／ | Case No. C10-01115-CRB<br>Civil Rights<br><br>**STIPULATION AND [Proposed]**<br>**ORDER EXTENDING DEADLINES**<br>**UNDER GENERAL ORDER 56 AND**<br>**REFERRING MATTER TO**<br>**MEDIATION** |
| MICHAEL PAULICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RITZ-CARLTON HALF MOON BAY, et al.<br><br>　　　　Defendants.　　　　　　　　／ | Related Case No. C10-4107-CRB<br><br>[TO BE FILED IN BOTH ACTIONS] |

The Parties continue to make substantial progress toward resolution, and although more

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Order Extending Deadlines and Referring Matter to Mediation:**
**Case Nos. C10-01115-CRB and C10-4107-CRB**

1  meetings are planned, they believe the two cases are now ready for referral directly to a joint
2  mediation.  As a status of efforts under General Order 56, the parties held another full day
3  inspection and meeting on site on November 1, 2010, and now have completed their initial
4  disclosures.  However, intervening scheduling difficulties of counsel, including a trial in
5  another matter, have prevented rescheduling and full completion of that process, including their
6  final meeting, which the parties anticipate will be possible within the next three to four weeks.
7  In the mean time, and to ensure adequate time for discussion without further delaying ultimate
8  resolution, the parties request another 60 day extension of all General Order 56 deadlines (as
9  set forth in the Court's Orders of November 1, 2010) and that the two cases be referred directly
10 to a joint mediation to occur within the next 60 to 75 days before Howard Herman of the ADR
11 ////
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and Order Extending Deadlines and Referring Matter to Mediation:**
**Case Nos. C10-01115-CRB and C10-4107-CRB**

— 2 —

1 Department.

2   SO STIPULATED.

3 Dated: November 30, 2010    ANNE D. O'NIELL, ESQ.
                              CHRISTINA A. LEE, ESQ.
4                             HINSHAW & CULBERTSON LLP

5                             /s/ Authorized Signed
                              Attorneys for Defendants THE RITZ-CARLTON
6                             HOTEL COMPANY, LLC; MARRIOTT
                              INTERNATIONAL, INC.; SHC HALF MOON
7                             BAY, LLC; DTRS HALF MOON BAY, LLC
                              AND STRATEGIC HOTELS AND RESORTS,
8                             INC.

9 Dated: November 30, 2010    THEODORE L. WHITE, ESQ.
                              DEUTSCH, KERRIGAN & STILES, LLP
10

11                            /s/ Authorized Signed
                              Attorneys for Defendants SHC HALF MOON BAY,
                              LLC; DTRS HALF MOON BAY, LLC; and
12                            STRATEGIC HOTELS AND RESORTS, INC.

13 Dated: November 30, 2010   SIDNEY J. COHEN, ESQ.
                              SIDNEY J. COHEN PROFESSIONAL
14                            CORPORATION

15                            /s/ Authorized Signed
                              Attorneys for Plaintiff RICHARD SKAFF
16

17 Dated: November 30, 2010   TIMOTHY S. THIMESCH, ESQ.
                              THIMESCH LAW OFFICES
18
                              /s/ Authorized Signed
19                            Attorneys for Plaintiff MICHAEL PAULICK

20

21        **DECLARATION OF TIMOTHY S. THIMESCH**

22   I, Timothy S. Thimesch, declare:

23   1.   I am counsel for the plaintiff in the case *Michael Paulick v. Ritz-Carlton, Half

24 Moon Bay, et al.,* also filed in this court as Case No. C10-4107 CRB ("the Paulick Case"),

25 which has been related to *Richard Skaff v. Ritz-Carton Hotel Company, LLC, et al.,* filed as

26 Case No. C10-01115-CRB in the United States District Court, Northern District of California

27 ("the Skaff Case"). I am familiar with the facts on file for the two cases.

28   2.   The parties in Skaff have received two prior extensions of the General Order 56

**Stipulation and Order Extending Deadlines and Referring Matter to Mediation:** — 3 —
**Case Nos. C10-01115-CRB and C10-4107-CRB**

1  deadlines to meet scheduling demands.  In the last <u>Skaff</u> request for an extension, the parties in
2  the <u>Paulick</u> case sought to coordinate, and therefore sought and received permission to
3  <u>accelerate</u> their GO 56 deadlines.

4  3. Since the last coordinated extension/advancement, counsel and consultants met
5  on site for a full day inspection of the premises.  This occurred on November 1, 2010.  The
6  parties are currently coordinating an effort to reschedule the conclusion of that inspection and
7  the holding of a final GO 56 meeting among all parties.  Presently this effort has been
8  complicated by the scheduling conflicts for defense counsel Ted White, who represents that he
9  has been in trial for the past several weeks.

10  4. Already, however, the parties have made significant enough progress without
11  the final meeting to be ready for mediation.  They request that the case be referred to Howard
12  Herman of the ADR Department.  The parties will have the injunctive relief issues sufficiently
13  narrowed to be ready by the time of mediation.

14  I declare under penalty of perjury that the foregoing is true and correct.
15  Executed this 24th day of November 2010 at Walnut Creek, California.

_____
TIMOTHY S. THIMESCH, declarant

**ORDER**

SO ORDERED.

Dated: Dec. 3, 2010

CHARLES R. BREYER
JUDGE OF U.S. DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*

**Stipulation and Order Extending Deadlines and Referring Matter to Mediation:**
**Case Nos. C10-01115-CRB and C10-4107-CRB**

— 4 —