| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Eden Anderson (SBN 233464) eanderson@seyfarth.com<br>560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105<br>Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP<br>Minh N. Vu (*Pro Hac Vice pending*) mvu@seyfarth.com |
| 6 | 975 F. Street, N.W.<br>Washington D.C. 20004 |
| 7 | Telephone: (202) 463-2400<br>Facsimile: (202) 828-5393 |
| 8 | Attorneys for Defendants |
| 9 | MARRIOTT INTERNATIONAL, INC. and<br>RITZ-CARLTON HOTEL COMPANY, LLC |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| RICHARD SKAFF<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RITZ-CARLTON HOTEL COMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. C 10-01115 CRB<br><u>Civil Rights</u><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
| MICHAEL PAULICK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RITZ-CARLTON, HALF MOON BAY; RITZ-CARLTON HOTEL COMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; STRATEGIC HOTELS AND RESORTS, INC.; DOES 1 THROUGH 50, Inclusive,<br><br>　　　　Defendants. | Case No. CV 10-4107 CRB<br><u>Civil Rights</u><br><br>[TO BE FILED IN BOTH ACTIONS] |

Notice of Substitution of Counsel; Case No. C 10-01115 CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that Defendants Marriott International, Inc. and Ritz-Carlton Hotel Company, LLC hereby substitutes Eden Anderson of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105, (415) 397-2823 in place of Anne O'Neill, Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111 as counsel of record in both of the above-captioned consolidated cases from this date forward. Minh N. Vu of Seyfarth Shaw LLP, 975 F. Street, N.W., Washington D.C. 20004, (202) 463-2400 will also serve as counsel of record once admitted *Pro Hac Vice*. Ms. Vu's *Pro Hac Vice* application is filed concurrently with this Substitution.

We consent to the above substitution.

Dated: 3/14/11

MARRIOTT INTERNATIONAL, INC.

By: *[signature: Kimberly Sh—]*

We consent to the above substitution.

Dated: 3/14/11

RITZ-CARLTON HOTEL COMPANY, LLC

By: *[signature: Kimberly Sh—]*

We hereby accept the above substitution.

SEYFARTH SHAW LLP

Dated: _____

By: Eden Anderson

We hereby agree to the above substitution.

HINSHAW & CULBERTSON, LLP

Dated: _____

By: Anne O'Neill

2

13206073v.1   Notice of Substitution of Counsel; Case No. C 10-01115 CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that Defendants Marriott International, Inc. and Ritz-Carlton Hotel Company, LLC hereby substitutes Eden Anderson of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105, (415) 397-2823 in place of Anne O'Neill, Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111 as counsel of record in both of the above-captioned consolidated cases from this date forward. Minh N. Vu of Seyfarth Shaw LLP, 975 F. Street, N.W., Washington D.C. 20004, (202) 463-2400 will also serve as counsel of record once admitted *Pro Hac Vice*. Ms. Vu's *Pro Hac Vice* application is filed concurrently with this Substitution.

We consent to the above substitution.

Dated: _____

MARRIOTT INTERNATIONAL, INC.

_____
By:

We consent to the above substitution.

Dated: _____

RITZ-CARLTON HOTEL COMPANY, LLC

_____
By:

We hereby accept the above substitution.

Dated: 3/14/2011

SEYFARTH SHAW LLP

*/s/ Eden Anderson*
By: Eden Anderson

We hereby agree to the above substitution.

Dated: 3/11/2011

HINSHAW & CULBERTSON, LLP

*/s/ Anne O'Neill*

Signed: March 22, 2011


IT IS SO ORDERED
Judge Charles R. Breyer