JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants SHC Half Moon Bay, LLC
and Strategic Hotels and Resorts, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>Plaintiff,<br><br>v.<br><br>RITZ-CARLTON, HALF MOON BAY; RITZ-CARLTON HOTEL COMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; STRATEGIC HOTELS AND RESORTS, INC.; DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 3:10-cv-04107-CRB<br>Civil Rights<br><br>Related Case No. 3:10-cv-01115-CRB<br>Civil Rights<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint filed: September 13, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that Defendants SHC Half Moon Bay, LLC and Strategic Hotels and Resorts, Inc. (collectively "Defendants") hereby substitute Martin H. Orlick and Jeffer Mangels Butler & Mitchell LLP, Two Embarcadero Center, 5th Floor, San Francisco, California 94111 (415) 398-8080 in place and in stead of Anne D. O'Niell of Hinshaw & Culbertson LLP, One California Street, Eighteenth Floor, San Francisco, California 94111 as counsel of record in the above-captioned case from this date forward.

///

///

| | | |
|---|---|---|
| 1 | We consent to the above substitution. | HINSHAW & CULBERTSON, LLP |
| 2 | DATED: May 17, 2011 | By: *Anne O'Niell* |
| 3 | | ANNE O'NIELL, ESQ. |
| 4 | | |
| 5 | We consent to the above substitution | SHC HALF MOON BAY, LLC and STRATEGIC HOTELS AND RESORTS, INC. |
| 6 | DATED: May 16, 2011 | |
| 7 | | By: *signature* |
| 8 | | THEODORE L. WHITE, ESQ. |
| 9 | We hereby accept the above substitution. | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 10 | DATED: May 3, 2011 | |
| 11 | | By: *signature* |
| 12 | | MARTIN H. ORLICK, ESQ. |

Signed: May 25, 2011

IT IS SO ORDERED
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA