SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450
sjc5143@aol.com

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>        Plaintiff,<br><br>  vs.<br><br>RITZ-CARLTON HOTELCOMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALFMOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; and DOES 1-25, Inclusive,<br><br>        Defendants.<br>_____ / | CASE NO. C 10 01115 CRB<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

**STIPULATION**

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff RICHARD SKAFF and defendants RITZ-CARLTON HOTEL COMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, and MARRIOTT INTERNATIONAL, INC., by and through their counsel, consent and stipulate to the filing by Plaintiff of a Second Amended Complaint to add OCEAN COLONY PARTNERS, LLC as a party defendant in this action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as originals.

Date: June 6, 2011                    SIDNEY J. COHEN
                                                PROFESSIONAL CORPORATION

                                                      /s/ Sidney J. Cohen
                                           By _____
                                              Sidney J. Cohen
                                              Attorney for Plaintiff Richard Skaff

| | | |
|---|---|---|
| 1 | Date:   June 2, 2011 | DEUTSCH, KERRIGAN, &STILES |
| 2 | | /s/ Theodore L. White |
| 3 | | _____ |
| | | Theodore L. White |
| | | Attorney for Defendants SHC Half Moon |
| 4 | | Bay, LLC and DTRS Half Moon Bay, LLC |
| 5 | Date:   June 3, 2011 | SEYFARTH SHAW LLP |
| 6 | | /s/ Eden Anderson |
| 7 | | _____ |
| | | Minh N Vu or Eden Anderson, |
| | | Attorneys for Defendants Ritz Carlton Hotel |
| 8 | | Company, LLC and Marriott International, Inc. |

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date:   June 13, 2011

_____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a Second Amended Complaint        -1-