SIDNEY J. COHEN, ESQ., SBN 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorney for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　Plaintiff,<br><br>V.<br><br>RITZ-CARLTON HOTEL COMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; OCEAN COLONY PARTNERS, LLC and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C 10 01115 CRB<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS RITZ-CARLTON HOTEL COMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, AND MARRIOTT INTERNATIONAL, INC.**<br><br>FRCP section 41 |

Stipulation And Order For Dismissal

1    Plaintiff RICHARD SKAFF and defendants RITZ-CARLTON HOTEL COMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, and MARRIOTT INTERNATIONAL, INC, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on March 16, 2010.

Plaintiff and defendants have entered into a "Release and Settlement Agreement" that settles all aspects of the lawsuit against all defendants. A copy of the "Release And Settlement Agreement" is incorporated by reference herein as if set forth in full.

The "Release And Settlement Agreement states in part that "The court shall retain jurisdiction to enforce this Agreement."Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Release And Settlement Agreement ."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants RITZ-CARLTON HOTELCOMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, and MARRIOTT INTERNATIONAL, INC.

Defendants RITZ-CARLTON HOTELCOMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, and MARRIOTT INTERNATIONAL, INC, who have answered the Complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and electronic and facsimile signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

//

Stipulation And Order For Dismissal

-1-

| | |
|---|---|
| Date: 7/18/12 | SIDNEY J. COHEN<br>PROFESSIONAL CORPORATION |
| | /s/ Sidney J. Cohen |
| | Sidney J. Cohen<br>Attorney for Plaintiff Richard Skaff |
| Date: 7/18/12 | DEUTSCH, KERRIGAN, &STILES |
| | /s/ Theodore L. White |
| | Theodore L. White<br>Attorneys for Defendants SHC Half Moon Bay, LLC and DTRS Half Moon Bay, LLC |
| Date: 7/18/12 | SEYFARTH SHAW LLP |
| | /s Minh N. Vu |
| | Minh N. Vu<br>Attorneys for Defendants Ritz Carlton Hotel Company, LLC and Marriott International, Inc. |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED**:

The lawsuit against defendants RITZ -CARLTON HOTELCOMPANY, LLC, SHC HALF MOON BAY, LLC, DTRS HALF MOON BAY, LLC, and MARRIOTT INTERNATIONAL, INC, is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Release And Settlement Agreement."

Date:   August 7, 2012

Charles R. Breyer
United States Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation And Order For Dismissal

-2-