SIDNEY J. COHEN, ESQ., SBN 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorney for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>　　　Plaintiff,<br><br>V.<br><br>RITZ -CARLTON HOTEL COMPANY, LLC; SHC HALF MOON BAY, LLC; DTRS HALF MOON BAY, LLC; MARRIOTT INTERNATIONAL, INC.; OCEAN COLONY PARTNERS, LLC and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C 10 01115 CRB<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OCEAN COLONY PARTNERS, LLC.**<br><br>FRCP section 41 |

Stipulation And Order For Disimissal

Plaintiff RICHARD SKAFF and defendant OCEAN COLONY PARTNERS, LLC. by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on March 16, 2010.

Plaintiff and defendants have entered into a "Mutual Release and Settlement Agreement" that settles all aspects of the lawsuit against defendant OCEAN COLONY PARTNERS, LLC. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full.

The "Mutual Release And Settlement Agreement" states in part that "The court shall retain jurisdiction to enforce this Agreement."Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the " Mutual Release And Settlement Agreement ."

Plaintiff moves to dismiss with prejudice the lawsuit against defendant OCEAN COLONY PARTNERS, LLC

Defendant OCEAN COLONY PARTNERS, LLC, who has answered the Complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and electronic and facsimile signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff RICHARD SKAFF and defendant OCEAN COLONY PARTNERS, LLC, by and through their attorneys of record, so stipulate.

Date: 8/9/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Richard Skaff

//

Stipulation And Order For Disimissal

-1-

| | | |
|---|---|---|
| 1 | Date: 8-5-2012 | SWEENEY, MASON, WILSON & BOTTOMSWORTH |
| 2 | | /s/ Christopher J. Olson |
| 3 | | _____ |
| 4 | | Christopher J. Olson |
| | | Attorney for Defendant Ocean Colony Partners, LLC |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED**:

The lawsuit against defendant OCEAN COLONY PARTNERS, LLC is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date: August 10, 2012

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

Stipulation And Order For Disimissal

-2-